# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Kamil Latek

Case No.: 5-22-01780 MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Nationstar |
| Court Claim Number: | 02 |
| Last Four of Loan Number: | 9554 |
| Property Address if applicable: | 171 Falling Waters Blvd |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearages: | | $3,588.64 |
| b. | Prepetition arrearages paid by the trustee: | | $3,588.64 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | | $0.00 |
| e. | Allowed postpetition arrearage: | | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | | $0.00 |
| g. | Total b, d, and f: | | $3,588.64 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Date: November 26, 2025

                                                    Respectfully submitted,

                                        /s/ Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Kamil Latek

    Case No.: 5-22-01780 MJC

    Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 26, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Tullio DeLuca, Esquire
381 N 9th Ave
Scranton PA 18504

**Served by First Class Mail**
Nationstar Mtg, LLC
PO Box 619096
Dallas TX 75261-9741

Kamil Latek
171 Falling Waters Blvd
Lackawaxen PA 18435

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 26, 2025

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

Case: 22-01780    KAMIL LATEK

**NATIONSTAR MORTGAGE**
PO BOX 619094

DALLAS, TX  75261-9741

Sequence: 13
Modify:
Filed Date:
Hold Code:

Acct No: 9554 - PRE-ARREARS - Falling

ARREARS - 171 FALLING WATERS BLVD

|  |  |  |
|---|---|---|
| Debt: $3,588.64 | Interest Paid: | $0.00 |
| Amt Sched: $124,000.00 | Accrued Int: | $0.00 |
| Amt Due: $0.00   Paid: $3,588.64 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 520-0 | NATIONSTAR MORTGAGE | | 06/18/2024 | 2037460 | $244.86 | $0.00 | $244.86 | 06/28/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 05/22/2024 | 2036550 | $375.36 | $0.00 | $375.36 | 06/03/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 04/17/2024 | 2035544 | $375.36 | $0.00 | $375.36 | 04/25/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 03/14/2024 | 2034581 | $375.36 | $0.00 | $375.36 | 03/27/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 02/14/2024 | 2033618 | $375.36 | $0.00 | $375.36 | 02/28/2024 |
| 520-0 | WELLS FARGO | | 01/12/2024 | 9017859 | $375.36 | $0.00 | $375.36 | 01/12/2024 |
| 520-0 | WELLS FARGO | | 12/19/2023 | 9017705 | $375.36 | $0.00 | $375.36 | 12/19/2023 |
| 520-0 | WELLS FARGO | | 11/15/2023 | 9017534 | $375.36 | $0.00 | $375.36 | 11/15/2023 |
| 520-0 | WELLS FARGO | | 10/18/2023 | 9017362 | $375.36 | $0.00 | $375.36 | 10/18/2023 |
| 520-0 | WELLS FARGO | | 09/19/2023 | 9017187 | $340.90 | $0.00 | $340.90 | 09/19/2023 |

Sub-totals: $3,588.64    $0.00    $3,588.64

Grand Total: $3,588.64    $0.00