| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Kamil Latek |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: Middle District of | Pennsylvania (State) |
| Case number | 5:22-bk-01780-MJC |

Form 4100R

# Response to Notice of Final Cure Payment         10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Nationstar Mortgage LLC

**Court claim no. (if known):** 2

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX9554

**Property address:** 171 Falling Waters Blvd
Number       Street

Lackawaxen, PA 18435
City       State       ZIP Code

## Part 2: Pre-petition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim. Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is:       $_____

## Part 3: Post-petition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on: _____
MM/DD/YYYY

☒ Creditor states that the debtor(s) **are not current** on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. | Total post-petition payments due: | (a) $ | 3,685.74 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding **Less Suspense** | +(b) $ | 0.00 (761.75) |
| c. | **Total.** Add lines a and b | (C) $ | 2,923.99 |

Creditor asserts that the debtor(s) are contractually
Obligated for the post-petition payment(s) that first became
Due on:       10/01/2025
MM/DD/YYYY

**Post-petition payments due are from 10/1/2025-12/1/2025 at $1,228.58 each.**

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Dana O'Brien
Signature

Date: 12/15/2025

Print: Dana O'Brien
First Name   Middle Name   Last Name

Title: Authorized Agent for the Creditor

Company: McCalla Raymer Leibert Pierce, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 325 Chestnut Street, Suite 725
Number   Street

Philadelphia, PA 19106
City   State   Zip Code

Contact phone: (312) 346-9088 X5188

Email: Dana.OBrien@mccalla.com

| In Re: Kamil Latek | Bankruptcy Case No.: | 5:22-bk-01780-MJC |
|---|---|---|
| | Chapter: | 13 |
| | Honorable Judge: | Mark J Conway |

CERTIFICATE OF SERVICE

I, Dana O'Brien, of McCalla Raymer Leibert Pierce, LLP, 325 Chestnut Street, Suite 725, Philadelphia, PA 19106, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Kamil Latek
171 Falling Waters Blvd.
Lackawaxen, PA 18435

Tullio DeLuca, Esq.                              *(served via ECF Notification)*
Tullio DeLuca, Esquire
4113 Birney Ave.
Suite 2
Moosic, PA 18507

Jack N Zaharopoulos, Trustee                     *(served via ECF Notification)*
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee                            *(served via ECF Notification)*
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

    I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    12/17/2025    By:    /s/Dana O'Brien
                (date)             Dana O'Brien,
                                       Authorized Agent for the Creditor

| Loan Number | |
|---|---|
| Debtor | Kamil Latek |
| BK filed date | 9/19/2022 |
| BK Case # | 22-bk-01780-MJC |
| Post Next Due | 10/01/25 |
| Suspense | $ 761.75 |

| Filed POC - First Post Payment | | 10/1/2022 | $ 993.40 |
|---|---|---|---|
| Payment Changes | Filed Date | Effective Date | Amount |
| Escrow | 11/21/2023 | 1/1/2024 | $ 1,231.28 |
| Escrow | 11/20/2024 | 1/1/2025 | $ 1,228.58 |
| Escrow | 11/21/2025 | 1/1/2026 | $ 1,274.43 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |

| | Amount Due | Date | Suspense |
|---|---|---|---|
| Next Due | $ 1,228.58 | 10/1/2025 | $ 761.75 |

| Date Received | Amount Received | | Amount Due | Post-Petition Due date | Suspense Balance |
|---|---|---|---|---|---|
| 10/18/2022 | $ 993.40 | | $ 993.40 | 10/1/2022 | $ - |
| -- | $ - | | $ - | | $ - |
| 1216/2022 | $ 993.40 | | $ 993.40 | 11/1/2022 | $ - |
| 12/30/2022 | $ 993.40 | | $ 993.40 | 12/1/2022 | $ - |
| 3/10/2023 | $ 1,986.80 | | $ 993.40 | 1/1/2023 | $ 993.40 |
| 3/13/2023 | $ - | | $ 993.40 | 2/1/2023 | $ - |
| -- | $ - | | $ - | | $ - |
| 4/14/2023 | $ 993.40 | | $ 993.40 | 3/1/2023 | $ - |
| 6/30/2023 | $ 993.40 | | $ 993.40 | 4/1/2023 | $ - |
| 7/14/2023 | $ 993.40 | | $ 993.40 | 5/1/2023 | $ - |
| 7/28/2023 | $ 993.40 | | $ 993.40 | 8/1/2023 | $ - |
| 8/2/2023 | $ 993.40 | d order - Stip payment ( Doc | $ 331.14 | 8/15/2023 | $ 662.26 |
| 8/15/2023 | $ 331.14 | | $ 993.40 | 9/1/2023 | $ - |
| -- | $ - | | $ - | | $ - |
| -- | $ - | | $ - | | $ - |
| -- | $ - | | $ - | | $ - |
| -- | $ - | | $ - | | $ - |
| 9/6/2023 | $ 993.40 | d order - Stip payment ( Doc | $ 331.14 | 9/15/2023 | $ 662.26 |
| 9/21/2023 | $ 331.14 | | $ - | | $ 993.40 |
| 9/27/2023 | $ - | | $ 993.40 | 10/1/2023 | $ - |
| 10/6/2023 | $ 993.40 | d order - Stip payment ( Doc | $ 331.14 | 10/15/2023 | $ 662.26 |
| 10/20/2023 | $ 331.14 | | $ 993.40 | 11/1/2023 | $ - |
| -- | $ - | | $ - | | $ - |
| 11/9/2023 | $ 993.40 | d order - Stip payment ( Doc | $ 331.14 | 11/15/2023 | $ 662.26 |
| 11/17/2023 | $ 331.14 | | $ 993.40 | 12/1/2023 | $ - |
| -- | $ - | | $ - | | $ - |

| Date | Amount | Note | Amount | Date | Balance |
|---|---|---|---|---|---|
| -- | $ - | | $ - | | $ - |
| -- | $ - | | $ - | | $ - |
| 12/22/2023 | $ 1,231.28 | d order - Stip payment ( Doc | $ 331.14 | 12/15/2023 | $ 900.14 |
| -- | $ - | | $ - | | $ 900.14 |
| -- | $ - | | $ - | | $ 900.14 |
| 1/19/2024 | $ 1,231.28 | | $ 1,231.28 | 1/1/2024 | $ 900.14 |
| 1/22/2024 | $ - | d order - Stip payment ( Doc | $ 331.10 | 1/15/2024 | $ 569.04 |
| -- | $ - | | $ - | | $ 569.04 |
| -- | $ - | | $ - | | $ 569.04 |
| 2/16/2024 | $ 1,231.28 | | $ 1,231.28 | 2/1/2024 | $ 569.04 |
| -- | $ - | | $ - | | $ 569.04 |
| -- | $ - | | $ - | | $ 569.04 |
| -- | $ - | | $ - | | $ 569.04 |
| 3/21/2024 | $ 1,231.28 | | $ 1,231.28 | 3/1/2024 | $ 569.04 |
| -- | $ - | | $ - | | $ 569.04 |
| 4/19/2024 | $ 1,240.00 | | $ 1,231.28 | 4/1/2024 | $ 577.76 |
| -- | $ - | | $ - | | $ 577.76 |
| -- | $ - | | $ - | | $ 577.76 |
| 5/24/2024 | $ 1,263.51 | | $ 1,231.28 | 5/1/2024 | $ 609.99 |
| -- | $ - | | $ - | | $ 609.99 |
| -- | $ - | | $ - | | $ 609.99 |
| -- | $ - | | $ - | | $ 609.99 |
| 6/28/2024 | $ 1,240.00 | | $ 1,231.28 | 6/1/2024 | $ 618.71 |
| -- | $ - | | $ - | | $ 618.71 |
| 7/22/2024 | $ 1,240.00 | | $ 1,231.28 | 7/1/2024 | $ 627.43 |
| -- | $ - | | $ - | | $ 627.43 |
| 9/6/2024 | $ 1,231.28 | | $ 1,231.28 | 8/1/2024 | $ 627.43 |
| -- | $ - | | $ - | | $ 627.43 |
| 9/20/2024 | $ 1,231.28 | | $ 1,231.28 | 9/1/2024 | $ 627.43 |
| -- | $ - | | $ - | | $ 627.43 |
| 11/15/2024 | $ 1,231.28 | | $ 1,231.28 | 10/1/2024 | $ 627.43 |
| -- | $ - | | $ - | | $ 627.43 |
| 11/22/2024 | $ 1,231.28 | | $ 1,231.28 | 11/1/2024 | $ 627.43 |
| -- | $ - | | $ - | | $ 627.43 |
| 1/10/2025 | $ 1,231.28 | | $ 1,231.28 | 12/1/2024 | $ 627.43 |
| -- | $ - | | $ - | | $ 627.43 |
| 1/31/2025 | $ 1,231.28 | | $ 1,228.58 | 1/1/2025 | $ 630.13 |
| -- | $ - | | $ - | | $ 630.13 |
| 2/28/2025 | $ 1,231.28 | | $ 1,228.58 | 2/1/2025 | $ 632.83 |
| -- | $ - | | $ - | | $ 632.83 |
| 4/11/2025 | $ 1,228.58 | | $ 1,228.58 | 3/1/2025 | $ 632.83 |
| -- | $ - | | $ - | | $ 632.83 |
| 4/25/2025 | $ 1,228.58 | | $ 1,228.58 | 4/1/2025 | $ 632.83 |
| -- | $ - | | $ - | | $ 632.83 |
| 6/20/2025 | $ 1,228.58 | | $ 1,228.58 | 5/1/2025 | $ 632.83 |
| -- | $ - | | $ - | | $ 632.83 |
| 7/11/2025 | $ 1,228.58 | | $ 1,228.58 | 6/1/2025 | $ 632.83 |
| -- | $ - | | $ - | | $ 632.83 |
| 8/1/2025 | $ 1,228.58 | | $ 1,228.58 | 7/1/2025 | $ 632.83 |
| -- | $ - | | $ - | | $ 632.83 |
| 9/29/2025 | $ 1,228.58 | | $ 1,228.58 | 8/1/2025 | $ 632.83 |
| -- | $ - | | $ - | | $ 632.83 |
| 10/17/2025 | $ 1,228.58 | | $ 1,228.58 | 9/1/2025 | $ 632.83 |
| -- | $ - | | $ - | | $ 632.83 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| -- | $ | - | | $ | - | | $ 632.83 |
| -- | $ | - | | $ | - | | $ 632.83 |
| - | $ | 128.92 | Fee credit | $ | - | | $ 761.75 |
| -- | $ | - | | $ | - | | $ 761.75 |
| - | $ | - | Due | $ | 1,228.58 | 10/1/2025 | $ (466.83) |
| - | $ | - | | $ | 1,228.58 | 11/1/2025 | $ (1,695.41) |
| - | $ | - | | $ | 1,228.58 | 12/1/2025 | $ (2,923.99) |