Certificate Number: 15317-PAM-DE-040447953

Bankruptcy Case Number: 22-01780



15317-PAM-DE-040447953

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 27, 2025, at 1:45 o'clock PM PST, Kamil Latek completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 27, 2025

By: /s/Evanessa Noval

Name: Evanessa Noval

Title: Credit Counselor