In re:  Case No. 22-01780-MJC
Kamil Latek  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Jan 16, 2026      Form ID: 3180W      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kamil Latek, 171 Falling Waters Blvd., Lackawaxen, PA 18435-7731 |
| 5499388 | + | Beverly Bank & Trust Company, National Association, Wintrust Specialty Finance, 2050 Main Street, Suite 230, Irvine, CA 92614-8264 |
| 5496239 | + | Beverly Bank & Trust, Co, c/o Kimberly A. Bonner, Esq., JSDC Law Offices, 11 East Chocolate Ave., Suite 300, Hershey, PA 17033-1320 |
| 5496250 | + | Wayne Bank, Loan Dept., P.O. Box 269, P.O. Box 269, Honesdale, PA 18431-0269 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jan 16 2026 23:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: WFHOME | Jan 16 2026 23:39:00 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |
| 5496237 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 16 2026 18:39:00 | American Honda Finance, 1220 Old Alpharetta Rd., Suite 350, Alpharetta, GA 30005 |
| 5496838 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 16 2026 18:39:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5496238 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 16 2026 18:39:00 | Aspire, P.O. Box 105341, Atlanta, GA 30348-5341 |
| 5496240 | + | EDI: CAPITALONE.COM | Jan 16 2026 23:39:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5496241 | + | EDI: CITICORP | Jan 16 2026 23:39:00 | Citibank, Box 6500, Sioux Falls, SD 57117-6500 |
| 5505547 | | EDI: Q3G.COM | Jan 16 2026 23:39:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 5496242 | | EDI: WFNNB.COM | Jan 16 2026 23:39:00 | Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5507805 | | EDI: JEFFERSONCAP.COM | Jan 16 2026 23:39:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 5496244 | | Email/Text: tullio.deluca@verizon.net | Jan 16 2026 18:39:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5503815 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2026 18:45:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5590077 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 16 2026 18:39:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, PO BOX 619096, Dallas, TX 75261-9741 |
| 5590078 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 16 2026 18:39:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, PO BOX 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, Attn: Bankruptcy Department |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5496245 | | Email/Text: bankruptcy@nbtbank.com | Jan 16 2026 18:39:00 | NBT Bank, 52 S. Broad St., Norwich, NY 13815 |
| 5496246 | | EDI: PRA.COM | Jan 16 2026 23:39:00 | Portfolio Recovery, 120 Corporate Blvd., Norfolk, VA 23502 |
| 5508189 | | EDI: PRA.COM | Jan 16 2026 23:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5506580 | | EDI: Q3G.COM | Jan 16 2026 23:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5496417 | + | EDI: PRA.COM | Jan 16 2026 23:39:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5496247 | | EDI: SYNC | Jan 16 2026 23:39:00 | Synchrony Bank/Harbor, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 5496248 | | EDI: SYNC | Jan 16 2026 23:39:00 | Synchrony Bank/Pay Pal, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 5496249 | + | EDI: CITICORP | Jan 16 2026 23:39:00 | THD/CBNA, One Court Square, Long Island, NY 11120-0001 |
| 5506814 | | EDI: AIS.COM | Jan 16 2026 23:39:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5498977 | + | EDI: WFHOME | Jan 16 2026 23:39:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 5496251 | + | EDI: WFHOME | Jan 16 2026 23:39:00 | Wells Fargo Home Mortgage, One Home Campus, MAC X2302-04c, Attn: Bankruptcy Dept, Des Moines, IA 50328-0001 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**　**Bypass Reason**　**Name and Address**
5496243　　*+　　Kamil Latek, 171 Falling Waters Blvd., Lackawaxen, PA 18435-7731

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 18, 2026　　　　Signature:　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:

**Name**　　　　**Email Address**

| Name | Details |
|---|---|
| Andrew L Spivack | on behalf of Creditor Wells Fargo Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor NBT Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Tullio DeLuca | on behalf of Debtor 1 Kamil Latek tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Kamil Latek<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–0305<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:22–bk–01780–MJC | |

# Order of Discharge                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kamil Latek

**By the court:**

1/16/26

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**